**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**        **Category No.** __II__        **Investigating Agency** __ATF__ ⊞

**City** __Boston__ ⊞        **Related Case Information:**

**County** __Suffolk__ ⊞        Superseding Ind./ Inf. _____ Case No. _____
                                Same Defendant _____ New Defendant _____
                                Magistrate Judge Case Number __23-mj-1041-DLC__
                                Search Warrant Case Number _____
                                R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Elijah Navarro_____ Juvenile: ☐ Yes ☑ No

        Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address __(City & State) 50 Homestead Street, Boston, MA_____

Birth date (Yr only): __1998__ SSN (last4#): __5934__ Sex __M__    Race: _____ Nationality: _____

**Defense Counsel if known:** _____ Address _____

**Bar Number** _____        _____

**U.S. Attorney Information:**

**AUSA** __John T. Dawley, Jr._____ Bar Number if applicable __683662__

**Interpreter:** ☐ Yes ☑ No        List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

        ☑ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date** __02/16/2023_____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty —— ☐ Misdemeanor —— ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __02/15/2023__ ⊞        Signature of AUSA: __/s/ John T. Dawley, Jr.__

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Elijah Navarro _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 26 U.S.C. § 5861(a) | Engaging in the business as a manufacturer or importer of, or dealer in, firearms without requirements | 1 |
| Set 2 | 18 U.S.C. § 922(o) | Transferring or possessing a machinegun | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013